**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DALE SAVARD,

    Plaintiff,

vs.                                    Case No. 3:05-cv-1203-J-HTS

JO ANNE B. BARNHART,
Commissioner of the Social
Security Administration,

    Defendant.

_____

**O R D E R**

This cause is before the Court on Plaintiff's Petition for Attorney Fees (Doc. #14; Application), filed December 13, 2006. Defendant has no objection to the amount sought in the Application. Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #15), filed December 22, 2006, at 2.

The Application requests the Court to award $2,955.25 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. Application at 1-2; *see also* Memorandum of Law in Support of Plaintiff's Petition for Attorney Fees (Memorandum), attached to the Application, at 1 (second reference to amount sought), 4, 6. In addition, reimbursement is requested for costs of $250.00 and expenses of $46.50. Application at 1-2, 5; *see also* Memorandum at 1, 6. Counsel expended 18.15 hours in representing Plaintiff before the Court in 2005 and 2006. *See* Application at 2; Time

Sheet of Juan Gautier, attached to the Application; Schedule of Hours of Sarah H. Bohr, attached to the Application; Memorandum at 4.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,955.25 in attorney fees, costs of $250.00, and expenses amounting to $46.50.

Accordingly, the Application (Doc. #14) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,955.25, expenses of $46.50, and costs of $250.00.

**DONE AND ORDERED** at Jacksonville, Florida this 4th day of January, 2007.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any